MORTGAGE LINE OF CT, LLC *v.*
TULLAT MAHMOOD ET AL.
(AC 33319)

Robinson, Alvord and Espinosa, Js.

Argued February 9—officially released February 28, 2012

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new sale dates.

ROSS V. *v.* COMMISSIONER OF CORRECTION
(AC 32668)

Alvord, Bear and Espinosa, Js.

Submitted on briefs February 3—officially released February 28, 2012

Per Curiam. The appeal is dismissed.

IRIS S. LYNN *v.* RODERICK A. LYNN
(AC 32861)

Robinson, Alvord and Schaller, Js.

Argued February 1—officially released February 28, 2012

Per Curiam. The judgment is affirmed.